**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| ALLEGIANCE COAL USA LIMITED, et al., | ) | Bankruptcy Case No. 23-10234 (CTG) |
| | ) | Bankr. BAP No. 24-0032 |
| Debtors. | ) | |
| _____ | ) | |
| COLLINS ST CONVERTIBLE NOTES | ) | |
| PTY LTD., | ) | |
| | ) | |
| Appellant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 24-656-CFC |
| | ) | |
| ALLEGIANCE COAL USA LIMITED, et al., | ) | |
| | ) | |
| Appellees. | ) | |
| _____ | ) | |

**ORDER**

At Wilmington, Delaware, this **10th day of July 2024**,

WHEREAS, pursuant to Section 1 of the Procedures to Govern Mediation of Appeals

from the United States Bankruptcy Court for this District ("Procedures"), dated July 19, 2023,

the Court conducted an initial review of this matter, including having gathered information from

the parties and their counsel, in order to determine the appropriateness of mediation for the case;

WHEREAS the parties jointly agree that their disputes here cannot be resolved through

mediation and the Court agrees;

THEREFORE, pursuant to Section 1 of the Procedures, the Court determines that

mediation is not appropriate in this matter and recommends that the assigned District Judge issue

an order withdrawing the matter from mediation and setting the following appellate briefing

1

schedule (agreed to by the parties):

Collins St's Opening Brief:   **August 8, 2024**

Appellees' Answering Brief:  **September 9, 2024**

Collins St's Reply Brief:     **September 23, 2024**


_Christopher J. Burke_
Christopher J. Burke
UNITED STATES MAGISTRATE JUDGE