IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ALLEGIANCE COAL USA ) | Bankruptcy Case No. 23-10234 (CTG) |
| LIMITED, et al., ) | Bankr. BAP No. 24-0032 |
|       Debtors. ) | |
| ) | |
| COLLINS ST CONVERTIBLE ) | |
| NOTES PTY LTD., ) | |
| ) | |
|       Appellant, ) | |
| ) | |
| v. ) | Civil Action No. 24-656-CFC |
| ) | |
| ALLEGIANCE COAL USA ) | |
| LIMITED, et al., ) | |
| ) | |
|       Appellees. ) | |

## ORDER

At Wilmington this 11th day of July 2024, having received a recommendation from Magistrate Judge Christopher J. Burke that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule:

1. Appellant's brief in support of the appeal is due on or before **August 8, 2024.**

2. Appellees' brief in opposition to the appeal is due on or before **September 9, 2024**

3. Appellant's reply brief is due on or before **September 23, 2024.**

_____
Chief Judge